MICHAEL N. FEUER, City Attorney (SBN 111529)
GABRIEL S. DERMER, Assistant City Attorney (SBN 229424)
**ARLENE N. HOANG, Deputy City Attorney (SBN 193395)**
200 North Main Street, 6th Floor
Los Angeles, California 90012
Telephone: 213-978-7508
Facsimile: 213-978-7011
Email:  Arlene.Hoang@lacity.org

Attorneys for Defendant,
CITY OF LOS ANGELES (erroneously sued as
LOS ANGELES POLICE DEPARTMENT)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK HEZINGER,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES ATTORNEY'S OFFICE FOR THE CENTRAL DISTRICT OF CALIFORNIA; NATIONAL SECURITY DIVISION, DEPARTMENT OF JUSTICE; FEDERAL BUREAU OF INVESTIGATION; DEPARTMENT OF HOMELAND SECURITY; LOS ANGELES POLICE DEPARTMENT,<br><br>Defendants. | Case No. CV 18-04969-CBM (JEMx)<br><br>Assigned to Hon. Consuelo B. Marshall, District Judge<br><br>**NOTICE OF MOTION AND MOTION OF DEFENDANT CITY OF LOS ANGELES TO DISMISS PLAINTIFF'S COMPLAINT AND TO STRIKE PORTIONS OF THE COMPLAINT**<br>**[Fed.R.Civ.Pro. 8, 10(b), 12(b)(1), 12(b)(6), and 12(f)]**<br><br>**Filed Concurrently With:**<br>· **Memorandum of Points and Authorities**<br>· **[Proposed] Order**<br><br>**Date:  September 4, 2018**<br>**Time:  10:00 a.m.**<br>**Courtroom: 8B**<br>**Hon. Consuelo B. Marshall** |

TO THE COURT AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD, IF ANY:

PLEASE TAKE NOTICE that on September 4, 2018, at 10:00 a.m., or as soon thereafter as this matter may be heard, before the Honorable Consuelo B. Marshall, United States District Judge, in Courtroom 8B of the above-entitled Court, located at the United States Courthouse, 350 W. First Street, Los Angeles, California, 90012, Defendant CITY OF LOS ANGELES, erroneously sued herein as the Los Angeles Police Department ("the City" or "Defendant") will and hereby does move for an order dismissing the Complaint ("Complaint") filed by Plaintiff MARK HEZINGER ("Plaintiff") (Docket No. 1).

The City's Motion to Dismiss is brought pursuant to Rules 8, 10(b), 12(b)(1) and 12(b)(6) of the Federal *Rules of Civil Procedure* ("Fed.R.Civ.Pro.") on the grounds that the Court lacks subject matter jurisdiction over the matters alleged by Plaintiff against the City, Plaintiff has failed to state a claim upon which relief can be granted, and Plaintiff has failed to meet the mandatory pleading requirements  Furthermore, Plaintiff's request for damages and other relief is improper so should be stricken. Fed.R.Civ.Pro. 12(f).

The City's Motion is based upon this Notice, the accompanying Memorandum of Points and Authorities, upon all the pleadings and papers that are on file in this action, and upon all oral and documentary evidence that may be presented at the time of the hearing on this motion.

Counsel for the City unsuccessfully attempted to engage in a telephonic Local Rule 7-3 conference with Plaintiff, who is *in propria persona*, on July 19 and July 20, 2018.  Plaintiff failed to return the City's counsel's telephone messages.

| | | |
|---|---|---|
| 1 | DATED: July 27, 2018 | MICHAEL N. FEUER, City Attorney |
| 2 | | GABRIEL S. DERMER, Assistant City Attorney |
| 3 | | **ARLENE N. HOANG, Deputy City Attorney** |
| 4 | | By**:** */s/*_____ |
| 5 | | ARLENE N. HOANG, Deputy City Attorney |
| 6 | | Counsel for Defendant CITY OF LOS ANGELES (erroneously sued herein as LOS ANGELES POLICE DEPARTMENT) |

3

DEFENDANT'S NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT [Fed.R.Civ.Pro. 8, 10(b), 12(b)(1), 12(b)(6), and 12(f)]