UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | | |
|---|---|---|---|---|
| Case No. | CV 18-4969-CBM (JEMx) | | Date | October 2, 2018 |
| Title | *Mark Hezinger v. United States Attorneys Office for the Central District of California, et al.* | | | |

Present: The Honorable     CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| V.R. Vallery | Marea Woolrich |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Arlene N. Hoang |

**Proceedings:**     DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND TO STRIKE PORTIONS OF THE COMPLAINT [9]


The case is called and counsel states her appearance.  No appearance made on behalf of plaintiff. The Court and counsel confer.  Defendant's Motion to Dismiss Plaintiff's Complaint is GRANTED. A written order will issue.


: <u>01</u>